UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAILO TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOOVN TECHNOLOGIES, LLC,<br><br>Defendant. | CASE NO. 219-cv-00958-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS OF SERVICE** |

On June 20, 2019, Plaintiff filed a Complaint for Patent Infringement. Dkt. 1. On June 21, 2019, the Clerk electronically issued summons for Defendant Moovn Technologies, Inc. Dkt. 3.

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), if a defendant is not served within 90 days after the complaint is filed, the court –on motion or on its own after notice to the plaintiff –must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies (of the summons and complaint) to the person who makes service. Fed. R. Civ. P. 4(c)(1).

ORDER DIRECTING PLAINTIFF TO
PROVIDE STATUS OF SERVICE - 1

1        Accordingly, it is **ORDERED** that Plaintiff shall provide the Court with a status report of

2 its efforts to serve Defendant by **November 8, 2019**. If Plaintiff requires additional time to

3 complete service on defendant, it should so advise the Court, with reasons for needing additional

4 time, and indicating how much additional time is required.

5        DATED this 1st day of November, 2019.

                         BRIAN A. TSUCHIDA
                         Chief United States Magistrate Judge