UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAILO TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOOVN TECHNOLOGIES, LLC,<br><br>Defendant. | CASE NO. 219-cv-00958-BAT<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS OF SERVICE** |

On November 8, 2019, Plaintiff filed a status report (Dkt. 8) and an affidavit of service (Dkt. 9). In the Status Report, Plaintiff indicated that it would be filing a request for entry of default within 7 days "unless Moovn chooses to participate in this matter or in settlement." Dkt. 8 at 2. Nothing else has been filed in this case.

Due to the length of time this case has been pending (the complaint was filed in June 2019), the Court **ORDERS** Plaintiff to inform the Court, **by December 12, 2019**, as to how it intends to proceed, *i.e.*, filing a motion for default, notice of settlement, or withdrawal of its complaint.

DATED this 5th day of December, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

SECOND ORDER DIRECTING PLAINTIFF
TO PROVIDE STATUS OF SERVICE - 1